The People of the State of New York, Respondent, v. Lors Lorsen, Appellant — Judgment affirmed. No opinion. ·

Herman E. Mendelssohn, Appellant, v. Metropolitan Street Railway Company, Respondent.— Judgment affirmed, with costs. No opinion.

Edward J. Ward, Appellant, v. Metropolitan Street Railway Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Leo Schlesinger, as Receiver of the Federal Bank of New York, Respondent, v. Hugh Keating, Appellant.— Judgment affirmed, with costs. No opinion.

Eberhard Faber, Appellant, v. British and Foreign Marine Insurance Company, Limited, Respondent.— Judgment and order affirmed. No opinion.

Samuel K. Ellenbogen, Respondent, v. Thor Iron Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Hugh K. Peace, Respondent, v. James G. Wilson and John D. James, Appellants.— Judgment affirmed, with costs. No opinion. .

George L. Mason, Respondent, v. Mason Monogram Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Fred Henry Cox, Appellant, v. Charles E. Clarke, Defendant. Charles Stein, Respondent. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Pope Manufacturing Company, Appellant, v. Rubber Goods Manufacturing Company, Respondent. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

Junius H. Stone, Appellant, v. Mail and Express Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Estelle L. Salomon, Appellant, v. Sidney H. Salomon, Respondent.— Order affirmed, with ten dollars costs and disbursements, on 101 Appellate Division, 588.

Augusta G. Genet, Appellant, Respondent, v. President, Managers and Company of the Delaware and Hudson Canal Company, Respondent, Appellant. (No. 5.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

John H. Conlen, Appellant, v. Rosanna Rizer and Others, Defendants. Edward B. Corey, Purchaser, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Thomas A. Lewis, Respondent, v. Tindel-Morris Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel D. Rhoades, Appellant, v. Edward L. Andrews, Defendant, and Thomas J. O'Neill, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Proceedings for the Voluntary Dissolution of Stone & Kimball, a Corporation. John Delahunty, Receiver, Appellant; The Manhattan Storage and Warehouse Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward L. Dwyer, Respondent, v. Edward A. Seeley, Appellant, Impleaded with Roswell E. Briggs, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amalia Friedmann, Respondent, v. Ramon Hotel Company and Judith Whittier, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amalia Friedmann, Respondent, v. William J. de Rivera, Individually, and as Trustee for the Benefit of the New Amsterdam National Bank and Amalia Friedmann, Appellant, Impleaded with Ramon Hotel Company and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Albert E. Woolf, Respondent, v. Chemical and Electrical Company, Appellant. — Judgment and order affirmed, with costs. No opinion. (Houghton, J., dissenting.)

The United States Aluminum Printing Plate Company, Respondent, v. Stecher Lithographic Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.